

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00365-CR

| | | |
|---|---|---|
| HOWARD LEWIS JONES A/K/A HOWARD LEWIS PATTERSON, Appellant | § § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1509581R) |
| | § | February 21, 2019 |
| V. | § | Opinion by Chief Justice Sudderth |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the portion of the judgment for count two that provides, "INJURY TO A ELDERLY INDIVIDUAL – INTENTIONALLY AND KNOWINGLY CAUSE SERIOUS BODILY INJURY THAT IN THE MANNER OF ITS USE OR INTENDED USE WAS CAPABLE OF CAUSING DEATH OR SERIOUS BODILY INJURY" and reform the judgment to provide in its place, "Aggravated Assault with a deadly weapon." We further delete the portion of the judgment for count two that provides,

"22.04(e) PC," and reform the judgment to provide in its place, "22.02(a)(2)."  It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth          
          Chief Justice Bonnie Sudderth